JOHN S. LEONARDO
United States Attorney
District of Arizona
RYAN P. DEJOE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ryan.dejoe@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 16-1255-TUC-JAS (DTF) |
| Plaintiff, | |
| vs. | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| 1) Luis Alfonso Acuna;<br>2) Valentin Guizar;<br>3) David Galvan Haro;<br>4) Adan Antonio Alvarez;<br>5) Alfredo Acuna-Noriega;<br>6) Cesar Armando Balganon;<br>7) Francisco Javier Espinoza-Flores;<br>8) Erika Yannett Moreno;<br>9) Luis Alfonso Lopez;<br>10) Dania Celaya Rivera;<br>11) Fredericka Lockhart;<br>12) Mark Anthony Ramos;<br>13) Liviel Jacinto;<br>14) Adam Antonio Alvarez, Jr.;<br>15) Francisco Javier Sanchez-Gaxiola;<br>Defendants. | |

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), hereby submits the following Bill of Particulars for Forfeiture of Property, in addition to the Forfeiture Allegation contained in the Indictment in this criminal case. The Indictment seeks forfeiture of the property pursuant to Title 21, United States Code, Section 853, and

Title 18, United States Code, Section 982.  The United States hereby gives notice that, in addition to property already listed in the Forfeiture Allegation, the United States is seeking forfeiture of the following additional property:

1) one 2002 GMC Sierra 1500, VIN:  1GTEC14T42Z257166,

2) one 2005 Freightliner Columbia 120, VIN:  1FUJA6CK95PU46656,

3) one 2004 Utility Refrigerated Trailer, VIN:  1UYVS25314U197808, all of which Defendant Luis Alfonso Acuna may have an interest in, and

4) one 2008 Dodge Avenger, VIN: 1B3LC76M28N595988, which Defendant Francisco Javier Espinoza-Flores may have an interest in.

Respectfully submitted this 6th day of October, 2016.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/ Ryan P. DeJoe*

RYAN P. DEJOE
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 6th day of October, 2016, to:

All Counsel of Record for Defendants