# United States District Court
## for
## District of Arizona

## Amended



U. S. A. vs. Luis Alfonso Acuna
Docket No. 4:16-cr-01255-JAS-DTF-1
AUSA: Ryan Philip DeJoe



**SEALED**

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **ANA ANGULO**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: Luis Alfonso Acuna, who was released by the Honorable Lynnette C. Kimmins sitting in the Court at Tucson, on the 6th day of July, 2016, who fixed bail at Personal Recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

**PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

**The defendant shall not consume ANY alcohol or use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the Defendant by a licensed medical practitioner.**

On September 16, 2016, this officer was notified the defendant was observed at Buffalo Wild Wings consuming alcohol. On September 21, 2016, Pretrial Services questioned the defendant regarding this incident and the defendant initially denied he consumed alcohol. Upon further inquiry the defendant admitted to Pretrial Services he consumed one glass of beer.

On September 21, 2016, the defendant provided a urinalysis to Pretrial Services which tested presumptive positive for cocaine. The defendant admitted to using cocaine on September 18, 2016.

On October 26, 2016, this officer was notified the defendant provided a urinalysis to Pretrial Services which tested presumptive positive for cocaine. The defendant admitted to using cocaine on October 22, 2016.

USdJ, AUSA, PTS                                    Copies Distributed

Page 2
RE: Luis Alfonso Acuna

### AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant for the defendant to be brought before the Court to show cause.

_____          November 16, 2016
Ana Angulo                                Date
U.S. Pretrial Services Officer

**Reviewed by**

_____          November 16, 2016
Soona T. Moussa                           Date
Supervisory U.S. Pretrial Services Officer

### ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this **17** day of November, 2016, and ordered filed and made a part of the records in the above case.

_____
The Honorable D THOMAS FERRARO
**United States Magistrate Judge**