**DISTRICT JUDGE'S MINUTES**
**UNITED STATES DISTRICT COURT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** James A. Soto | **Date:** January 9, 2017 |
| **USA v. Luis Alfonso Acuna** | **Case Number:** CR-16-01255-001-TUC-JAS (DTF) |

**U.S. Attorney:** Ryan Philip DeJoe
**Attorney for Defendant:** Ramiro Salazar Flores, Retained
**Interpreter:** N/A
**Defendant:** ☒Present   ☐ Not Present   ☐ Released   ☒Custody   ☐ Summons   ☐ Writ

**MOTION HEARING:**

Mr. Flores argues to the Court regarding his Motion De Novo review of Magistrate Judge Ferraro's Detention Order of the defendant (docket #225). He advises that the assessment of the defendant found him to be a suitable placement for halfway house treatment, with bed space being available today.

Government responds and argues for this Court to affirm the Detention Order. Pretrial Officer Ana Angulo further addresses the Court in regards to the defendant's violation report and information of the treatment facility.

Court Order that defendants Motion is GRANTED. The defendant shall be released on presently set conditions of pretrial release with the additional condition that the defendant be released to CBI or community bridges for treatment and successfully complete a 90 day inpatient treatment program. You shall immediately go to the halfway house upon release from custody. Upon release from the program, you shall reside at a residence pre-approved by pretrial services. Court reviews conditions of pretrial release with the defendant.

| | |
|---|---|
| | Status: 29 min |
| Court Reporter, Aaron Laduke | Start:  2:16pm  |
| BY: Tiffany Dame, Deputy Clerk | Stop:   2:45pm  |