Law Office of
HERNANDEZ & HAMILTON, PC
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
CLAY HERNANDEZ (AZ 010917)
Email: Clay@Hernandez-Hamilton.com
Telephone: (520) 882-8823
Fax: (520) 882-8414
Attorneys for Defendant

# IN THE UNTIED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| United State of America, | Case No. CR16-01255-TUC-JAS-1 |
|---|---|
| Plaintiff, | **SUBSTITUTION OF COUNSEL** |
| vs. | |
| Luis Alfonso Acuna, | |
| Defendant. | |

Undersigned counsel Clay Hernandez, of the Law Offices of Hernandez & Hamilton, PC, 455 West Paseo Redondo, Tucson, Arizona 85701-8254, (520) 882-8823, hereby moves this court to allow his appearance as attorney of record in the place and stead of Ramiro Flores. Clay Hernandez, hereby moves for substitution and avows he is aware of all dates.

I Luis Alfonso Acuna, acknowledge and accept the substitution of counsel.

Dated: January 25, 2017.

_____
LUIS ALFONSO ACUNA
Defendant Acuna

1

Dated: January 27th, 2017.

I Ramiro Flores, acknowledge and accept the substitution of counsel.

By s/RAMIRO FLORES
RAMIRO FLORES
Attorney of Record

I accept the above substitution and avowals above stated.

Dated: January 27th, 2017.

By s/CLAY HERNANDEZ
CLAY HERNANDEZ
Substituting Attorney for Defendant

# CERTIFICATE OF SERVICE

I, Clay Hernandez, do hereby certify that on this 27th day of January, 2017, I electronically transmitted the forgoing documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent to the following recipients:

Ryan Phillip DeJoe, Assistant
United States Attorney's Office

Ramiro Flores
Attorney of Record for Acuna, Luis

D. Jesse Smith
Attorney for Defendant Guizar

Laura Conover
Attorney for Defendant Haro

Stephanie Bond
Attorney for Defendant Alvarez

No Counsel Appearing on Docket Sheet
As to Defendant Acuna-Noriega

Brick Storts
Attorney for Defendant Balganon

Peter Raptis
Attorney for Defendant Espinoza-Flores

J. Bert Vargas
Attorney for Defendant Moreno

Bradley James Armstrong
Attorney for Defendant Lopez

Wanda Day
Attorney for Defendant Rivera

Jessica Turk
Attorney for Defendant Lockhart

David Basham
Attorney for Defendant Ramos

Dan Montgomery
Attorney for Defendant Jacinto

John D. Kaufmann
Attorney for Defendant Alvarez Jr.

Paul Gattone
Attorney for Defendant Sanchez-Gaxiola

Clay Hernandez
Substituting Attorney for Defendant Acuna, Luis


By _____/s/_____
    CLAY HERNANDEZ