Law Office of
HERNANDEZ & HAMILTON, PC
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
CLAY HERNANDEZ (AZ 010917)
Email: *Clay@Hernandez-Hamilton.com*
Telephone: (520) 882-8823
Fax: (520) 882-8414
Attorneys for Defendant

IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>        Plaintiff,<br><br>   vs.<br><br>Luis Alfonso Acuna,<br>        Defendant. | No. CR 16-01255-TUC-JAS-1<br><br>NOTICE OF JOINDER |

It is expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a result of this notice or an order based thereon.

COMES NOW, counsel undersigned, CLAY HERNANDEZ, hereby gives notice of his joinder in co-defendant's Joint Motion to Designate This a Complex Case, Motions to Compel Discovery, Preserve Evidence, and Receive Discovery Log, filed on or about the 26 day of January, 2017.

RESPECTFULLY SUBMITTED this 30th day of January, 2017.

                Law Office of
                HERNANDEZ & HAMILTON, PC

                *S/Clay Hernandez*
                CLAY HERNANDEZ
                Attorney for Defendant

# CERTIFICATE OF SERVICE

I, Clay Hernandez, do hereby certify that on this 30th day of January, 2017, I electronically transmitted the forgoing documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent to the following recipients:

Ryan Phillip DeJoe, Assistant
United States Attorney's Office

Clay Hernandez
Attorney of Record for Acuna, Luis

D. Jesse Smith
Attorney for Defendant Guizar

Laura Conover
Attorney for Defendant Haro

Stephanie Bond
Attorney for Defendant Alvarez

No Counsel Appearing on Docket Sheet
As to Defendant Acuna-Noriega

Brick Storts
Attorney for Defendant Balganon

Peter Raptis
Attorney for Defendant Espinoza-Flores

J. Bert Vargas
Attorney for Defendant Moreno

Bradley James Armstrong
Attorney for Defendant Lopez

Wanda Day
Attorney for Defendant Rivera

Jessica Turk
Attorney for Defendant Lockhart

David Basham
Attorney for Defendant Ramos

Dan Montgomery
Attorney for Defendant Jacinto

John D. Kaufmann
Attorney for Defendant Alvarez Jr.

Paul Gattone
Attorney for Defendant Sanchez-Gaxiola

Clay Hernandez
Substituting Attorney for Defendant Acuna, Luis


By  _____/s/_____
    CLAY HERNANDEZ